■ JAMES SCHMAELING, Respondent, et al., Plaintiff, v PAMELA COOK, Appellant. [794 NYS2d 921]—In an action to recover damages for personal injuries, etc., the defendant appeals from a judgment of the Supreme Court, Queens County (Huttner, J.), dated April 27, 2004, which, upon a jury verdict on the issue of damages, is in favor of the plaintiff James Schmaeling and against her in the principal sum of $155,000.

Ordered that the judgment is affirmed, with costs.

Under the particular facts of this case, the errors claimed by the defendant were not so fundamental in nature as to warrant a new trial (see *McIntosh v City of New York*, 13 AD3d 421, 422 [2004]; *Rockowitz v Greenstein*, 11 AD3d 523, 524 [2004]). Schmidt, J.P., Santucci, Rivera and Spolzino, JJ., concur.